| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Meridien Energy, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/20/2023       X  /s/ John W. Teitz
                                Signature of individual signing on behalf of debtor

                                **John W. Teitz**
                                Printed name

                                **Chief Restructuring Officer**
                                Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Meridien Energy, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **A.R. Beatty Diesel, Inc.**<br>5251 Kuhl Road<br>Erie, PA 16510 | scott@arbeatty.com<br>814-899-4294 | Trade debt | | | | $1,409.60 |
| **Casella Waste Systems**<br>96 W. Patterson Road<br>Eighty Four, PA 15330 | feedback@casella.com | Waste management | | | | $273.10 |
| **Eagle Zip**<br>3085 Fluvanna Ave Ext<br>Jamestown, NY 14701 | support@eaglezip.com<br>716-661-3183 | IT Services | | | | $10,404.20 |
| **Ed Shults Chevrolet**<br>300 Fluvanna Avenue<br>Jamestown, NY 14701 | 716-484-7151 | vehicle parts | | | | $325.91 |
| **Fastenal -NYJAM1137**<br>PO Box 1286<br>Winona, MN 55987 | webhelp@fastenal.com<br>507-454-5374 | Trade debt | | | | $302.10 |
| **Kenworth Northeast**<br>100 Commerce Drive<br>Buffalo, NY 14218 | Dan Dintino<br>dan.dintino@kenworthne.com<br>800-688-3380 | Trade debt | | | | $432.10 |
| **Kimball Midwest**<br>Dept L-2780<br>Columbus, OH 43260 | seamus.moore@kimballmidwest.com<br>614-219-6100 | Trade debt | | | | $578.39 |
| **Markwest Liberty Midstream**<br>1515 Arapahoe Street<br>Denver, CO 80202 | 303-290-8769 | Judgment | Contingent Disputed | | | $13,283,384.64 |

Official form 204                                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                                page 1

Debtor **Meridien Energy, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| McGuireWoods LLP 800 E. Canal Street Richmond, VA 23219 | Accounting Department  bjackson@mcguirewoods.com 804-775-1000 | Legal services | | | | $694,029.01 |
| MMTA Services, Inc. 142 Whitten Road P.O. Box 857 Augusta, ME 04332 | Victoria Evans  VictoriaE@mmta.com 207-623-4128 | Trade debt | | | | $1,365.00 |
| Omni Services Inc. P.O. Boix 35001+ Boston, MA 02241 | espear@omniservices.com 508-799-2746 | Trade debt | | | | $280.85 |
| Proto & Loskey CPA's 115 Time Square P.O. Box 434 Olean, NY 14760 | Samantha Howard  showard@pl-cpa.com 716-372-7184 | Trade debt | | | | $22,510.00 |
| Quill Corporation PO Box 37600 Philadelphia, PA 19101 | erick.velasquez@quill.com 866-796-3797 | Trade debt | | | | $334.71 |
| Rammer Nursery Co, Inc. 5634 Genesee Street Lancaster, NY 14086 | George Rammer  george.rammer@yahoo.com 716-683-1758 | Trade debt | | | | $855.00 |
| Randolph Tax Collector 72 Main Street Randolph, NY 14772 | LRoth@randolphnj.org 716-358-9701 | Taxes | | | | $11,192.74 |
| Southern Tier Trailer Sales In 4018 North Main Street Ext. Jamestown, NY 14701 | dale@southerntiertrailer.com 716-708-4542 | Trade debt | | | | $881.66 |
| Southworth-Milton Inc. P.O. Bo 3851 Boston, MA 02241 | colleen_ruzycki@miltoncat.com | Trade debt | | | | $2,915.76 |
| State Line Supply Co 1333 E. Main Street Bradford, PA 16701 | Anne Bouquin, Office Manager  anne@statelinesupply.com 814-362-7433 | Trade debt | | | | $541.32 |

Debtor    **Meridien Energy, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Strate Welding Supply Co Inc. P.O. Box 570 Buffalo, NY 14207** | **strate16@globalcrossing.net 716-262-8267** | **Trade debt** | | | | **$501.35** |
| **UPMC  HEALTH PLAN, INC P.O.  BOX  371842 Pittsburgh, PA 15250** | | **DOT Physicals** | | | | **$823.00** |